IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BOBBIE BRIDGES**                                                                                          **PLAINTIFF**

**VS.**                                     **NO. 5:06CV00137 JMM**

**CHARLES DANNY KNIGHT, ET AL.**                                               **DEFENDANTS**

**ORDER**

For the reasons stated into the record at the December 10, 2007 bench trial on the above styled case, defendants' Motion for Summary Judgment is denied (#20).

IT IS SO ORDERED this  14   day of December, 2007.

                                                                                        _____
                                                                                        James M. Moody
                                                                                        United States District Judge