**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BOBBIE BRIDGES**                                                                                      **PLAINTIFF**

**VS.**                                        **CASE NO. 5:06CV0137 JMM**

**CHARLES D. KNIGHT, Individually and as**
**Superintendent of the Watson Chapel,**
**Arkansas School District No. 24, A Public**
**Body Corporate; the BOARD OF EDUCATION**
**OF THE WATSON CHAPEL ARKANSAS**
**SCHOOL DISTRICT NO. 24, a Public Body**
**Corporate**                                                                                             **DEFENDANTS**

**JUDGMENT**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date,

judgment is entered in favor of plaintiff Bobbie Bridges against defendants Charles D. Knight,

Individually and as Superintendent of Schools of the Watson Chapel Arkansas School District

No. 24, a public body corporate; and the Board of Education of the Watson Chapel Arkansas

School District No. 24, a public body corporate, jointly and severally, in the amount of

$168,030.00 plus post-judgment interest at the rate of 2.31% per annum.

IT IS SO ORDERED THIS  29   day of   January , 2008.


_____
James M. Moody
United States District Judge