**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**


**BOBBIE BRIDGES**                                                                                                                 **PLAINTIFF**

**VS.**                       **CASE NO. 5:06CV00137 JMM**

**CHARLES D. KNIGHT, ET AL.**                                                             **DEFENDANT**

**ORDER**

The Court awarded plaintiff damages on the basis of gender discrimination in its Order filed on January 29, 2008. Plaintiff seeks clarification of the ruling of the Court. The Motion for Clarification is granted (#34).

The Court's award is based solely on a finding of gender discrimination. The Court finds no evidence of racial discrimination against plaintiff in connection with any position to which she applied.

The gender discrimination found by the Court was related to the job of assistant principal for the 2005-2006 school year. Defendants contended at trial that the position of assistant principal had not been filled but rather that John Hayden was temporarily assigned to assist with discipline. The Court disagreed with this contention and found in effect that there was a *de facto* promotion of Hayden that Bridges should have received. It was for this *de facto* promotion that damages were awarded.

The following school year there was a competition for assistant principal positions at the Watson Chapel Junior High School. The Court found that selection process in 2006-2007 to

have been fair and nondiscriminatory with Dr. Ronnie Johnson and Jeff Glover being placed in those positions.  It was the intent of the Court therefore to find gender discrimination only, and only award back pay for one year.  The proof at trial as to the difference in pay to plaintiff was confusing and the Court adopted the amount represented in plaintiff's brief as to the appropriate amount of back pay.

To the extent that plaintiff is seeking future entitlement or placement as an assistant principal at the Watson Chapel Junior High School, the request for such relief is denied.  The only relief awarded by the Court based on the evidence from trial is an award of back pay for one year and an award of compensatory damages.

IT IS SO ORDERED THIS   5   day of   February  , 2008.


_____
James M. Moody
United States District Judge